Susan Koehler Sullivan (SBN 180166)
Brett Charles Safford (SBN 292048)
CLYDE AND CO US LLP
355 South Grand Avenue Suite 1400
Los Angeles, CA 90071
Telephone:  213-358-7600
Facsimile:  213-358-7650

Attorneys for Defendant
VIGILANT INSURANCE COMPANY

Harout Greg Keosian (SBN 236352)
Eileen Keusseyan (SBN 149482)
Natalie Hairabedian (SBN 332731)
KEOSIAN LAW LLP
16530 Ventura Boulevard, Suite 555
Encino, California 91436
Telephone:  818-986-9331
Facsimile:  818-986-9341

Attorneys for Plaintiff
WEST COAST CINE VIDEO, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST CINE VIDEO, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>VIGILANT INSURANCE COMPANY, a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01434-ODW-RAO<br><br>Hon. Otis D. Wright<br><br>**STIPULATION OF DISMISSAL** |

1
STIPULATION OF DISMISSAL

Plaintiff WEST COAST CINE VIDEO, INC. and Defendant VIGILANT INSURANCE COMPANY hereby stipulate to dismiss the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), with each party to bear its own costs.

Dated: March 25, 2022            **CLYDE AND CO US LLP**

By: */s/ Susan Koehler Sullivan*
    Susan Koehler Sullivan
    Brett Charles Safford
    Attorneys for Defendant
    VIGILANT INSURANCE COMPANY

Dated: March 25, 2022            **KEOSIAN LAW LLP**

By: */s/ Eileen Keusseyan*
    Harout Greg Keosian
    Eileen Keusseyan
    Attorneys for Plaintiff
    WEST COAST CINE VIDEO, INC.

KEOSIAN LAW LLP
16530 Ventura Boulevard, Suite 555
Encino, California 91436
1-818-986-9331